**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Linda Jo Gundelach, | ) | No. CV-07-08106-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The court has before it defendant's motion to dismiss (doc. 5) and supporting memorandum (doc. 6), plaintiff's response (doc. 8), and defendant's reply (doc. 9). Plaintiff filed an action in the Superior Court in Yavapai County seeking judicial review of the denial of her application for Social Security disability benefits. Defendant removed the action pursuant to 42 U.S.C. § 1442(a)(1). Defendant now moves to dismiss pursuant to Rule 12(b)(1), Fed. R. Civ. P. The motion will be granted.

In contrast to removal under 42 U.S.C. § 1441(f), when an action is removed pursuant to 42 U.S.C. § 1442, federal jurisdiction is "derivative," meaning that it cannot exceed the jurisdiction of the state court in which the action was originally filed. In re Elko County Grand Jury, 109 F.3d 554, 555 (9th Cir. 1997). If the state court lacked jurisdiction, the federal court acquires none upon removal, even if the federal court would have had

jurisdiction had the action been brought there initially. Arizona v. Manypenny, 451 U.S. 232, 242 n.17 (1981).

By statute, the United States district courts have exclusive jurisdiction for judicial review of Social Security benefits determinations. 42 U.S.C. § 405(g). Because the Superior Court in Yavapai County had no jurisdiction to hear this action, this court acquired none upon removal, and we must dismiss pursuant to Rule 12(b)(1), Fed. R. Civ. P. Plaintiff may still file for judicial review in this court if 60 days have not passed since the Administration mailed its notice of final decision. 42 U.S.C. § 405(g). An action for judicial review beyond 60 days is permitted at the sole discretion of the Commissioner. Taylor v. Heckler, 765 F.2d 872, 876–77 (9th Cir. 1985).

Accordingly, **IT IS ORDERED GRANTING** defendant's motion to dismiss (doc. 5). The clerk is instructed to enter judgment for defendant.

DATED this 24th day of October, 2007.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge